**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1550**

———————

PHILLIP MIZRACH, as Successor Personal Representative of the
Estate of Abraham I. Kurland, Deceased,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

**No. 16-1551**

———————

PHILLIP MIZRACH, as Successor Personal Representative of the
Estate of Abraham I. Kurland, Deceased,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:11-cv-01153-RDB; 1:08-cv-02030-AMD)

———————

Submitted: March 1, 2017            Decided: March 9, 2017

———————

Before TRAXLER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip Mizrach, Appellant Pro Se.  Rod J. Rosenstein, United States Attorney, Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mizrach appeals the district court's orders denying several postjudgment motions he filed following the dismissal of two Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012) complaints. We have reviewed the record included on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mizrach v. United States, Nos. 1:11-cv-01153-RDB; 1:08-cv-02030-AMD (D. Md. Nov. 12, 2015; Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED